IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC WILLIAMS,

        Plaintiff,

   v.

C/O RAMIREZ, et al.,

        Defendants.

No. 2:06-cv-1882-MCE-DAD-P

ORDER

/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On August 28, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. On October 11, 2006, plaintiff was granted an extension of time to October 23, 2006, in which to file objections. The time period has since passed and plaintiff has not filed objections to the findings and recommendations.

/////

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2006, are adopted in full;

2. Plaintiff's August 22, 2006 application to proceed in forma pauperis is denied; and

3. This action is dismissed without prejudice for failure to exhaust available administrative remedies before bringing this action.

DATED:  November 4, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE